IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |
|---|---|
| IN RE: ) | Misc. Proceeding 16-00703-SCS |
| ) |  |
| EDRIE A. PFEIFFER, ESQUIRE ) |  |
| ) |  |
| ) |  |
| ) |  |

EDRIE PFEIFFER'S MOTION TO CONTINUE
THE FINAL HEARING IN THIS MATTER PENDING
THE RESOLUTION OF TWO CASES PENDING IN THE WESTERN DISTRICT

Edrie A. Pfeiffer hereby moves this Court to continue a hearing on the merits of the pending Order to Show Cause issued on September 27, 2016 against her until the completion of two cases pending in the United States Bankruptcy Court for the Western District of Virginia; i.e., *Robbins v. Morgan, et. al.*, Case No. 16-5014 and *Robbins v. Delafield, et al.*, Case No. 16-7024.

Date: December 14, 2016

Respectfully submitted,

EDRIE A. PFEIFFER, ESQUIRE
*By Counsel*

/s/ Bernard J. DiMuro
DIMUROGINSBERG, P.C.
Bernard J. DiMuro (VSB No. 18784)
1101 King Street, Suite 610
Alexandria, Virginia 22314
Tel:  (703) 684-4333
Fax:  (703) 548-3181
bdimuro@dimuro.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record that are registered with CM/ECF.

      /s/ Bernard J. DiMuro_____
      Bernard J. DiMuro (VSB No. 18784)