**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

_____
                                    )
IN RE:                              )    Misc. Proceeding 16-00703-SCS
                                    )
EDRIE A. PFEIFFER, ESQUIRE          )
                                    )
                                    )
_____)

## EDRIE A. PFEIFFER'S EXHIBIT LIST

Edrie A. Pfeiffer ("Pfeiffer"), by counsel, identifies the following exhibits she intends to introduce at trial:

## EXHIBIT LIST

Pfeiffer expects to offer the following exhibits into evidence at the trial of this matter. Pfeiffer reserves the right to supplement this list of exhibits to the extent that Plaintiff produces additional documents in discovery.

| Exhibit | Description | Bates Range/ Dep. Ex. No. | Identified | Admitted |
|---|---|---|---|---|
| A | Kevin Chern's email of June 18, 2015 | | | |
| B | 11/21/2016 - Defendant Upright Law, LLC's Responses to Plaintiff's First Set of Interrogatories and Document Production Requests - Ally Financial Inc. and Ally Bank v. Donahue, et al., USBC - Tennessee - Adv. Case No. 3:16-90048 (consolidated with Adv. Case No. 3:16-90276) | | | |

| Exhibit | Description | Bates Range/ Dep. Ex. No. | Identified | Admitted |
|---|---|---|---|---|
| C | Order Granting Defendants Special Motion to Strike as a SLAPP, the Unverified Complaint of Toyota Leasing, Inc. (Superior Court of the State of California Case No. GIN 045 646) 2.14.06 | | | |
| D | Defendant Doan's Points and Authorities in Support of Their Special Motion to Strike as a SLAPP, Plaintiff's Unverified Complaint (Superior Court of the State of California Case No. GIN 045 646) 8.30.05 | | | |
| E | Declaration of O. Max Gardner, Esq. in Support of Defendant's Special Motion to Strike as a SLAPP, Plaintiff's Unverified Complaint (Superior Court of the State of California Case No. GIN 045 646) 1.5.06 | | | |
| F | Memorandum of Points and Authroities in Support of Oppositionto Defendant's Special Motion to Strike Complaint as SLAPP (Superior Court of the State of California Case No. GIN 045 646) 1.6.06 | | | |
| G | Defendant Doan, Levinson & Leljegren, LLP, fka Doan Law Offices, a Limited Partnership; Reply to Plaintiff's Opposition of their special motion to strike as a SLAPP, Plaintiff's Unverified Complaint (Toyta Leasing, Inc. v. Doan, Levinson & Leljegren, LLP | | | |

| Exhibit | Description | Bates Range/ Dep. Ex. No. | Identified | Admitted |
|---|---|---|---|---|
| | fka Doan Law Offices, a Limited Partnership; and DOES 1 through X, inclusive (Superior Court of the State of California Case No. GIN 045 646) 1.11.06 | | | |
| H | Order and Memorandum Opinion on Stay Relief Motion (USBC MDFL - In re: Stefan Kaschkadayev - Case No.: 8:16-bk-10041) 2.14.17 | | | |
| I | Order Granting Amended Corrective Motion to Abandon Property of the Estate ( USBC MDFL - In re: Walter William Smith - Case No.: 8:16-bk-10361) 3.17.17 | | | |
| J | Correspondence dealing with Program Review | UPUST 000000002 - 11 | | |
| K | Correspondence dealing with Program Review | UPUST 000000082 | | |
| L | Correspondence dealing with Program Review | UPUST 000000182 | | |
| M | Correspondence dealing with Program Review | UPUST 000000186 - 187 | | |
| N | Correspondence dealing with Program Review | UPUST 000000283 | | |
| O | Correspondence dealing with Program Review | UPUST 000000494 - 495 | | |
| P | Correspondence dealing with Program Review | UPUST 000001526 - 1528 | | |
| Q | Correspondence dealing with Program Review | UPUST 000002901 | | |
| R | Correspondence dealing with Program Review | UPUST 000003557 | | |
| S | Correspondence dealing with Program Review | UPUST 000003954 | | |
| T | Correspondence dealing with Program Review | UPUST 000003989 | | |

| Exhibit | Description | Bates Range/ Dep. Ex. No. | Identified | Admitted |
|---|---|---|---|---|
| U | Partnership Agreement between Upright Law PLLC and Edrie A. Pfeiffer | | | |
| V | Partnership Agreement between Law Solutions Chicago LLC and Edrie A. Pfeiffer | | | |
| W | Bankruptcy Credit Report of Brett Hall | | | |
| Z | Order to Show Cause Against Edrie A. Pfeiffer, Esq. (w/ Exhibits) | | | |

Pfeiffer reserves the right to offer additional exhibits for impeachment and rebuttal purposes and the right to offer any exhibits listed by any other party that are not objected to by Pfeiffer.

Date: June 16, 2017                                    Respectfully submitted,

                                                       EDRIE A. PFEIFFER, ESQUIRE
                                                       *By Counsel*

                                                       /s/ Bernard J. DiMuro\_
                                                       DIMUROGINSBERG, P.C.
                                                       Bernard J. DiMuro (VSB No. 18784)
                                                       1101 King Street, Suite 610
                                                       Alexandria, Virginia 22314
                                                       Tel: (703) 684-4333
                                                       Fax: (703) 548-3181
                                                       bdimuro@dimuro.com

                                                       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record that are registered with CM/ECF.

            /s/ Bernard J. DiMuro_____
            Bernard J. DiMuro (VSB No. 18784)