**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

_____
                                            )
IN RE:                                  )          Misc. Proceeding 16-00703-SCS
                                            )
EDRIE A. PFEIFFER, ESQUIRE      )
                                            )
                                            )
_____)

**EDRIE A. PFEIFFER'S AMENDED SUPPLEMENTAL SUBMISSION**

In response to the discussion between counsel and the Court at the August 30, 2017 hearing, Edrie Pfeiffer, by counsel, respectfully submits the following proposal as an appropriate and fair resolution of this Court's order to cause:

1.      The Court would defer a ruling on the order to show cause for six months ("the deferral period").

2.      Ms. Pfeiffer will not file in her name as counsel for the debtor any bankruptcy petitions under any chapter of the U.S. Bankruptcy Code during the first three months of the deferral period.

3.      During the deferral period:

a.      Ms. Pfeiffer will complete six hours of continuing legal education as certified by the Virginia State Bar in the areas of ethics, bankruptcy law, or law firm management which hours shall be in addition to the 12 hours per year of CLE required by the Rules of the Supreme Court of Virginia.[1]

---

[1] Upon further reflection by counsel, Ms. Pfeiffer has proposed that "law office management" be one of the potential CLE programs Ms. Pfeiffer could attend in place of counsel's prior suggestion that a law firm audit be conducted because this matter does not involve systematic problems within Ms. Pfeiffer's law offices, which is what a law firm audit addresses.

b.      Ms. Pfeiffer will forfeit all Guardian *ad litem* fees that she otherwise would receive from the State of Virginia up to $1,000; provided, however, if the amount of fees earned and forfeited do not total $1,000 Ms. Pfeiffer will pay the difference into the registry of the Court or as the Court may otherwise direct.

4.      If at the end of the deferral period Ms. Pfeiffer certifies to the Court that the requirements of ¶¶ 2 and 3 have been completed the Court will dismiss the order to show cause.

5.      If Ms. Pfeiffer is subsequently found by a final non-appealable order of the Virginia disciplinary authorities or a state or federal court to have violated a Virginia Rule of Professional Conduct rising to the level of fraud, misrepresentation, or deceit during the deferral period, the Court will impose a three month suspension of Ms. Pfeiffer's privilege to practice in the U.S. Bankruptcy Court for the Eastern District of Virginia.

* * *

Ms. Pfeiffer appreciates the opportunity to present this proposed resolution of the matter to the Court.  Ms. Pfeiffer did not intend that any of her actions in the bankruptcy matter (which she believed were in accord with her duties to her client) would result in any harm to any party involved or burden the court system.  She takes full responsibility for her actions and apologizes to the Court for the problems that arose.

Date: September 11, 2017                              Respectfully submitted,

EDRIE A. PFEIFFER, ESQUIRE
*By Counsel*

/s/ Bernard J. DiMuro_____
DIMUROGINSBERG, P.C.
Bernard J. DiMuro (VSB No. 18784)
1101 King Street, Suite 610
Alexandria, Virginia 22314

2

Tel:  (703) 684-4333
Fax:  (703) 548-3181
bdimuro@dimuro.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record that are registered with CM/ECF.

/s/ Bernard J. DiMuro_____
Bernard J. DiMuro (VSB No. 18784)